IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAY SANDON COOPER | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 3-04-CV-1663-M |
| CITY OF DALLAS, TEXAS | § § § | |
| Defendant. | § § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court. Plaintiff's motion to proceed *in forma pauperis* [Doc. #139] is granted.

SO ORDERED this 29th day of September, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS